IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Nos. 4:13-CR-00117 |
| | : | 4:14-CR-00074 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| RODGER KENT WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
November 24, 2015

AND NOW, in accordance with a Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (ECF Nos. 49 & 10) is DENIED.

2. Petitioner's Motion to Appoint Counsel (ECF Nos. 50 & 11) is also DENIED as moot.

3. A Certificate of Appealability shall not issue.

4. The Clerk of Court is directed to notify Petitioner of this disposition.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge