IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos.: 4:13-CR-00117 |
| | 4:14-CR-00074 |
| v. | |
| | (Chief Judge Brann) |
| RODGER KENT WILLIAMS, | |
| Defendant. | |

## ORDER

### OCTOBER 25, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Williams' amended 28 U.S.C. § 2255 motions (*United States v. Williams*, No. 4:13-CR-00117 (M.D. Pa. Doc. 72); *United States v. Williams*, No. 4:14-CR-00074 (M.D. Pa. Doc. 32)) are **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge